UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELECTRICAL WORKERS INSURANCE FUND,
et al

       Plaintiffs,

vs.

Case No. 09-13173

HON. GEORGE CARAM STEEH

BRINKER TECH TEAM, LLC,

       Defendants.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 14, 2010 the Court entered an Order to Show Cause by January 29, 2010 to Plaintiffs, why this action should not be dismissed for lack of prosecution.

To date the Court has received no written response. Therefore,

IT IS ORDERED that this case is dismissed without prejudice.

Dated: February 2, 2010

       s/George Caram Steeh
       GEORGE CARAM STEEH
       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 2, 2010, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk